| | |
|---|---|
| 1 | E. MARTIN ESTRADA |
| 2 | United States Attorney |
|   | DAVID M. HARRIS |
| 3 | Assistant United States Attorney |
| 4 | Chief, Civil Division |
|   | CEDINA M. KIM |
| 5 | Assistant United States Attorney |
| 6 | Senior Trial Attorney, Civil Division |
|   | MARY TSAI, CSBN 216963 |
| 7 | Special Assistant United States Attorney |
| 8 |       Social Security Administration |
|   |       6401 Security Boulevard |
| 9 |       Baltimore, MD 21235 |
| 10|       Telephone:  (510) 970-4864 |
| 11|       Facsimile:  (415) 744-0134 |
|   |       Email:  mary.tsai@ssa.gov |
| 12| Attorneys for Defendant |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | | |
|---|---|---|
| HUYNH-CUC THI NGUYEN, | ) | Case No. 5:22-cv-02234-RAO |
|  | ) | _____ |
| Plaintiff, | ) |  |
|  | ) | **[PROPOSED]** JUDGMENT OF REMAND |
| v. | ) |  |
|  | ) |  |
| KILOLO KIJAKAZI, | ) |  |
| Acting Commissioner of Social Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

**DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: April 19, 2023

_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE